**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued May 27, 2020
Decided June 2, 2020

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

No. 19-2656

| | |
|---|---|
| CLAUDIA S. MARTIN, | Appeal from the United States District |
| *Plaintiff-Appellant,* | Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 1:17-cv-02330 |
| COOK COUNTY, ILLINOIS, et al., | |
| *Defendants-Appellees.* | **Gary Feinerman**, *Judge.* |

**O R D E R**

The district court's judgment dismissing the claims of plaintiff Claudia Martin is AFFIRMED for the reasons provided in the district court's thorough order.